[Nos. 61573-4-I; 61654-4-I.   Division One.   May 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY MCWAYNE DUBOSE ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 04-1-13595-4, Richard McDermott, J., entered April 22, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Lau, J., concurred in by Becker and Cox, JJ.

[Nos. 61817-2-I; 62182-3-I.   Division One.   May 3, 2010.]

MICHAEL J. CIOCCO ET AL., *Appellants*, v. FUMIO DOUGLAS IKEGAMI ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 04-2-05628-2, Richard J. Thorpe, J., entered May 27, 2008. *Reversed* by unpublished opinion per Becker, J., concurred in by Ellington and Lau, JJ.

[No. 62546-2-I.   Division One.   May 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK JAMES KELLY ROONEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05272-9, Steven C. Gonzalez, J., entered October 27, 2008. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Ellington and Appelwick, JJ.

[No. 62669-8-I.   Division One.   May 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY LEE HORNE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-07899-8, Jeffrey M. Ramsdell, J., entered January 8, 2009. *Affirmed* by unpublished per curiam opinion.